THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SIERRA THORNTON, | § | |
| | § | No. 141, 2023 |
| Respondent Below | § | |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DEAN THORNTON, | § | File No:      21-12-02TN |
| | § | Petition No: 21-28055 |
| Petitioner Below | § | |
| Appellee. | § | |

Submitted:  November 15, 2023
Decided:     November 30, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 30th day of November, 2023, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its March 30, 2023 Termination of Parental Rights Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice